Law Offices of Dale H. (Hal) Schofield
DALE H. (HAL) SCHOFIELD, OSB 820182
1515 S.W. Fifth Avenue, Suite 1010
Portland, Oregon 97201
Telephone: (503) 226-2671
Facsimile: (503) 525-0679
Email: hschofield@msn.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHENGWU (Kevin) ZHAO, and FEI - CUI (Faye), individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>GUO QIANG YE (William) and JIN XU, husband and wife, ZHENYONG WANG, an individual, UANGO.COM, LTD., an Oregon corporation, FECONN TECH CO., LTD., an Oregon corporation, FUJI CHINA HOLDINGS CO., LTD., a corporation,<br><br>Defendants. | Civil No. 3:14-cv-00157 MO<br><br>**TEMPORARY RESTRAINING ORDER**<br><br>(Pursuant to FRCP 65(b)) |

**TO:   DEFENDANTS GUO QIANG YE (William) and his wife JIN XU AND ZHENYONG WANG:**

**IT IS HEREBY ORDERED** THAT IMMEDIATELY UPON THE ISSUANCE OF THIS ORDER AND FROM THE DATE AND TIME SET FORTH HEREIN AND UNTIL FURTHER ORDER FROM THIS COURT, THAT THE ABOVE **DEFENDANTS ARE RESTRAINED FROM DOING THE FOLLOWING**:

1.   **Warehouse of and business records of Uango.com, Ltd:**  From refusing entry of plaintiffs to the Uango.com, Ltd. warehouse located at 25589 S.W. Canyon Creek Road, Suite

300, Wilsonville, Oregon 97070, during regular business hours which shall be set at between 9:00 a.m. and 5:00 p.m., and also from refusing to turnover to plaintiffs, for the purpose of inspection or making copies, the books and business records, including all financial records including bank records, checks, ledgers, deposit and withdrawal records etc., corporate documents, meeting minutes, correspondence, and all other records relating to Uango.com, Ltd., upon plaintiffs' demand for same. This order applies to either or both of the plaintiffs, individually or as a group, and only one of the plaintiffs needs to make the demand for business records.

      2.      **Personal property and bank accounts:** *From moving, transferring or disposing of any of the following personal property and funds held in the following bank accounts:*

      a.      **Bank Accounts:** Any funds in bank accounts held or available at any Oregon branch of the Wells Fargo Bank, J.P. Morgan Chase Bank and the Bank of America, in the defendants' names, whether any of said accounts are held individually, jointly or otherwise, and also in any account held in the name of Uango.com, Ltd, or Feconn Tech Co., Ltd., again, whether any of said accounts are held individually, jointly or otherwise;

**INCLUDING SPECIFICALLY** that Wells Fargo Bank account in the names of defendants Guo Qiang Y and Jin Xu, as account number 6924957431;

      b.      **Office Equipment in Uango.com warehouse:** From moving, transferring or disposing of all office equipment of Uango.com, Ltd., including computers, desks and chairs, and other equipment in the Uango.com warehouse located at 25589 W.W. Canyon Creek Road, Suite 300, Wilsonville, Oregon 97070;

THIS TEMPORARY RESTRAINING ORDER was issued on January 31, 2014, at the hour of _____4:20 P.M._____,.

PLEASE NOTE: Failure to abide by the terms of this Temporary Restraining Order could subject the designated defendants to contempt.

FURTHER, THE COURT FINDS AS FOLLOWS:

Unless this Temporary Restraining Order is issued, plaintiffs' will be irreparably harmed as there is an imminent danger that the identified defendants, who are Chinese Nationals and in Oregon only on a temporary visa, may, upon receiving prior notice of this case or this Order, leave the country at any time, thereby depriving this Court and the defendants of material evidence in this case by transferring and disposing of the business and financial records of Uango.com, Ltd., and also an imminent danger that said defendants will transfer all of their funds and funds of Uango.com, Ltd. and all other assets out of Oregon and to China and out of the jurisdiction of this Court or any other United States Court.

Further, the Court requires an undertaking in the form of a deposit into the Court registry account, in the amount of $10,000.00 in the form of a personal check from one of the plaintiffs which must be drawn against a United States bank.

THIS ORDER SHALL EXPIRE FEBRUARY 6, 2014 at 4:00 PM, UNLESS FURTHER MODIFIED BY THE COURT.

IT IS SO ORDERED this 31 day of January, 2014.

_____
MARCO A. HERNANDEZ
JUDGE OF THE UNITED STATES DISTRICT COURT