UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CHENGWU ZHAO ("Kevin");** and
**FEI CUI ("Faye"),** individuals,

    Plaintiffs,

    v.

**GUO QIANG YE ("William")** and **JIN XU**, husband and wife; **ZHENYONG WANG**, an individual; **UANGO.COM, LTD.**, an Oregon corporation; **FECONN TECH CO., LTD.,** an Oregon Corporation; and **FUJI (CHINA) HOLDING CO., LTD.,** a corporation,

    Defendants.

No. 3:14-cv-00157-MO

ORDER RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**MOSMAN, J.**,

These matters are before the Court on Plaintiffs' Motion for Preliminary Injunction and Pre-Judgment Writs of Garnishment. Having heard oral argument and received stipulations of the parties,

IT IS HEREBY ORDERED:

1.    That Wells Fargo Bank continue to hold the $44,119.59 taken from Defendants' accounts ending in 9755/6272/5402 in an escrow account until further order of this Court;

1 – ORDER

2. That Wells Fargo Bank return the $4,160.11 transferred into escrow from Defendants' accounts ending in 2250/8755/7431 back to those numbered accounts;

3. That the Temporary Restraining Order [11] and Writs of Garnishment [13, 21, 22, 23] be immediately dissolved—such dissolution is without prejudice to Plaintiffs' right to seek injunctive relief on the merits and without prejudice to Plaintiffs seeking to hold the individual Defendants personally liable; and

4. That Plaintiffs' Motion for Preliminary Injunction [7] is DENIED.

IT IS SO ORDERED.

DATED this __5th__ day of March, 2014.

/s/ Michael W. Mosman____
MICHAEL W. MOSMAN
United States District Judge