IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CHENGWU (Kevin) ZHAO, and
FEI-CUI (Faye), individuals**,

        No. 3:14-cv-00157-MO

    Plaintiffs,

        OPINION AND ORDER

    v.

**GUO QIANG YE (William) and JIN XU, husband
and wife, ZHENYONG WANG, an individual,
UANGO.COM, LTD., an Oregon corporation,
FENCONN TECH CO., LTD., an Oregon corporation,
FUJI CHINA HOLDINGS CO., LTD., a corporation,**

    Defendants.

**MOSMAN, J.**,

Plaintiffs have filed a series of pleadings and responses, asking this court to consider new evidence in this case. Despite Counsel's often intemperate language, I have considered this evidence, but have not been persuaded to alter my prior ruling. I therefore DENY Plaintiff's Supplemental Motion for Reconsideration [140].

It should be noted that the method in which Plaintiffs have submitted this evidence -- on a piece-meal basis -- is improper in federal court. In November, this court scheduled a hearing, for March 3, 2015, at 11:30 AM, to determine the status of the pending case in Shanghai. Until the time of this hearing, I do not intend to consider any additional requests for reconsideration. Relevant pleadings concerning this matter are due on February 17, 2015, responses are due on February 24, 2015, and if necessary, replies are due on February 26, 2015.

Plaintiffs have also not presented sufficient reasons to continue holding the funds currently in escrow. Accordingly, Defendant's Motion to Lift the Escrow Order [138] is GRANTED. IT IS SO ORDERED.

DATED this  21st  day of January, 2015.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge